# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

REPUBLIC TECHNOLOGIES (NA), LLC and SREAM, INC.,

Plaintiffs,

v.

DISCOUNT SMOKE ZONE, INC. and AHMAD AOUN,

Defendant.

No. 20-cv-00275

Judge John F. Kness

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Default judgment entered in favor of Plaintiffs and against Defendant Ahmad Aoun in the total amount of $30,524.80.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge John F. Kness on a motion.

SO ORDERED in No. 20-cv-00275.

Date: October 6, 2020

_____
JOHN F. KNESS
United States District Judge